**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TALON RESEARCH, LLC, | CASE NO. 5:11-cv-05058 EJD |
| Plaintiff(s), | **ORDER VACATING SUBMISSION ORDER** |
| v. | |
| HYNIX SEMICONDUCTOR AMERICA INC., et. al., | [Docket Item No(s). 29] |
| Defendant(s). | |

In light of the impending reassignment of this action, the order submitting for decision Defendants' Motion to Dismiss (Docket Item No. 29) is VACATED. The Motion to Dismiss must be re-noticed before Judge Claudia Wilken.

**IT IS SO ORDERED.**

Dated: April 3, 2012

EDWARD J. DAVILA
United States District Judge