David Martinez (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310.552.0130
Facsimile: 310.229.5800

Attorneys for Plaintiff and Counter-
Defendant TALON RESEARCH, LLC.

Jeffrey M. Ratinoff (SBN 197241)
jeffrey.ratinoff@klgates.com
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Defendants and Counterclaimants
HYNIX SEMICONDUCTOR AMERICA INC.
and SK HYNIX

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>   Plaintiff/Counterclaim Defendant,<br><br> v.<br><br>HYNIX SEMICONDUCTOR AMERICA INC.; SK HYNIX INC.,<br><br>   Defendants/Counterclaim Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:11-CV-05058-CW<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

The Plaintiff Talon Research, LLC and Defendants Hynix Semiconductor America Inc. and SK Hynix Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

 /s/ David Martinez
David Martinez
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Attorneys for Plaintiff and Counter-
Defendant TALON RESEARCH, LLC

 /s/ Jeffrey M. Ratinoff
Jeffrey M. Ratinoff
**K & L GATES L.L.P.**
Attorneys for Defendants and
Counterclaimants HYNIX
SEMICONDUCTOR AMERICA INC. and
SK HYNIX

**ATTESTATION**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff and Counter-Defendant Talon Research, LLC and Defendants and Counterclaimants Hynix Semiconductor America Inc. and SK Hynix Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Talon Research, LLC and Defendants Hynix Semiconductor America Inc. and SK Hynix Inc., are hereby dismissed WITH PREJUDICE. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: 12/28/2012

_____
Hon. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE